AUSA Anthony P. Garcia (312)469-6151

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. **08 CR 578** |
| v. | ) ) | |
| KIMBERLY COX | ) ) | Magistrate Judge Michael T. Mason |

### AFFIDAVIT IN REMOVAL PROCEEDING

I, KHALED KAYYAL, personally appearing before United States Magistrate Judge MICHAEL T. MASON and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that KIMBERLY COX (hereinafter "Cox"), has been charged by Indictment in the Western District of Kentucky with the following criminal offenses: conspiracy in violation of Title 18, United States Code, Section 371 (Count 1); knowingly, and with intent to defraud, used one or more counterfeit access devices in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 1029(a)(1) and 1029(c)(1)(A)(i) (Count 2); and knowingly possess, receive and transport contraband cigarettes for the purpose of resale in Illinois, which bore the evidence of the payment of applicable state taxes in the State of Illinois, in violation of Title 18, United States Code, Section 2342(a) and 3237(a) (Count 3).

**FILED**
July 21, 2008
JUL 2 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FILED**
JUL 2 1 2008 TC
July 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

A copy of the Indictment is attached. I have been informed through official channels that a warrant for the arrest of Cox has been issued pursuant to a Violation of Bond. A copy of the arrest warrant also is attached.

                                                KHALED KAYYAL
                                                Deputy U.S. Marshal
                                                United States Marshals Service

SUBSCRIBED AND SWORN to before me this 21st day of July, 2008.

                                                MICHAEL T. MASON
                                                United States Magistrate Judge

**FILED**
Jeffrey A. Apperson, Clerk

MAY 06 2008

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

JERRY WOODFORK
KIMBERLY F. COX

INDICTMENT

NO. 3:08CR-46-S

18 U.S.C. §371
18 U.S.C. §1029(a)(1)
18 U.S.C. §1029(c)(1)(A)
18 U.S.C. §2342(a)

The Grand Jury charges:

### COUNT 1

From on or about June 1, 2007, and continuing thereafter until on or about June 15, 2007, in the Western District of Kentucky, Hardin County, Kentucky, and elsewhere, **JERRY WOODFORK** and **KIMBERLY F. COX**, defendants herein, knowingly and willfully conspired and agreed together and with each other, to commit the following offenses against the United States:

(1) to knowingly and with intent to defraud uses one or more counterfeit access devices, in violation of Title 18, United States Code, Section 1029(a)(1) and 1029(c)(1)(A)(I);

(2) to knowingly and with intent to defraud possesses, fifteen or more devices, which are counterfeit or unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3) and 1029(c)(1)(A)(I); and

(3) to knowingly transport, receive, possess, sell, distribute or purchase contraband cigarettes, in violation of Title 18, United States code, Section 2342(a) and 2341.

## MANNER AND MEANS

1. It was part of the conspiracy that the defendant **JERRY WOODFORK** would purchase counterfeit and unauthorized access devices in Chicago, Illinois, with cash in U.S. Currency;

2. It was further a part of the conspiracy that defendants **JERRY WOODFORK** and **KIMBERLY F. COX** would use the counterfeit and unauthorized access devices to make purchases of large quantities of cigarettes in states other than Illinois which had lower cigarette taxes for the purpose of reselling the cigarettes in Illinois for cash in U.S. Currency; and

3. It was further a part of the conspiracy that **JERRY WOODFORK** and **KIMBERLY F. COX** possessed fifteen or more devices which were counterfeit or unauthorized access devices with the intent of using them to purchase contraband cigarettes and other goods for resale in cash in U.S. Currency in Chicago, Illinois.

## OVERT ACTS

In furtherance of the conspiracy and to effect the objects thereof, the following overt acts, among others, were committed in the Western District of Kentucky, and elsewhere:

1. On or about and between June 1 and June 13, 2007, **JERRY WOODFORK** purchased counterfeit and unauthorized access devices in Chicago, Illinois for cash;

2. On or about and between June 1 and June 13, 2007, **JERRY WOODFORK** and **KIMBERLY F. COX** traveled to Indiana and purchased

contraband cigarettes with counterfeit and unauthorized access devices;

3. On or about and between June 1 and June 13, 2007, **JERRY WOODFORK** sold contraband cigarettes purchased in Indiana for cash in Chicago, Illinois;

4. On or about June 14, 2007, **JERRY WOODFORK** purchased counterfeit and unauthorized access devices in Chicago, Illinois for cash;

5. On or about and between June 14 and 15, 2007, **JERRY WOODFORK** purchased in excess of 89 cartons of contraband cigarettes in Kentucky and Indiana for the purpose of reselling the cigarettes in Illinois;

6. On or about June 15, 2007, **JERRY WOODFORK** and **KIMBERLY F. COX** purchased two Sony Playstations and a laptop computer in Elizabethtown, Kentucky, with counterfeit and unauthorized access devices.

In violation of Title 18, United States Code, Section 371.

The Grand Jury further charges:

## COUNT 2

On or about June 15, 2007, in the Western District of Kentucky, Hardin County, Kentucky, **JERRY WOODFORK** and **KIMBERLY F. COX**, defendants herein, knowingly and with intent to defraud, used one or more counterfeit access devices in and affecting

3

interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(1) and 1029(c)(1)(A)(I).

The Grand Jury further charges:

## COUNT 3

On or about and between June 13 and June 15, 2007, in the Western District of Kentucky, Hardin County, Kentucky, and elsewhere within the Northern and Southern Districts of Indiana, **JERRY WOODFORK** and **KIMBERLY F. COX**, defendants herein, did knowingly possess, receive and transport contraband cigarettes for the purpose of resale in Illinois, which bore no evidence of the payment of applicable state cigarette taxes in the state of Illinois.

In violation of Title 18, United States Code, Sections 2342(a) and 3237(a).

A TRUE BILL.

5/6/08

FOREPERSON

DAVID L. HUBER
UNITED STATES ATTORNEY

DLH:RR:ls:4/25/08

4

UNITED STATES OF AMERICA v. JERRY WOODFORK and KIMBERLY F. COX

## P E N A L T I E S

Count 1 & 3: NM 5 yrs./$250,000/both/NM 3 yrs. Supervised Release
Count 2: NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release

## N O T I C E

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual     Felony:  $100 per count/individual
              $125 per count/other                   $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due _immediately_ unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following:**

    1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

        For offenses occurring after December 12, 1987:

        No **INTEREST** will accrue on fines under $2,500.00.

        **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

        **PENALTIES** of:

        10% of fine balance if payment more than 30 days late.

        15% of fine balance if payment more than 90 days late.

    2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

    3. Continuous **GARNISHMENT** may apply until your fine is paid.

    18 U.S.C. §§ 3612, 3613
        If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made **payable to the Clerk, U.S. District Court** and delivered to the appropriate division office listed below:

LOUISVILLE:    Clerk, U.S. District Court
               106 Gene Snyder U.S. Courthouse
               601 West Broadway
               Louisville, KY  40202
               502/625-3500

BOWLING GREEN: Clerk, U.S. District Court
               120 Federal Building
               241 East Main Street
               Bowling Green, KY  42101
               270/393-2500

OWENSBORO:     Clerk, U.S. District Court
               126 Federal Building
               423 Frederica
               Owensboro, KY  42301
               270/689-4400

PADUCAH:       Clerk, U.S. District Court
               127 Federal Building
               501 Broadway
               Paducah, KY  42001
               270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

**FILED**
Jeffrey A. Apperson, Clerk
MAY 06 2008
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# UNITED STATES DISTRICT COURT
### Western District of Kentucky
### Louisville Division

THE UNITED STATES OF AMERICA
vs.
JERRY WOODFORK

KIMBERLY F. COX

## INDICTMENT

**Title 18 U.S.C. §§ 371; 1029(a)(1); 1029(c)(1)(A); 2342(a); 3237(a) :**
**Conspiracy to Defraud the United States; Fraud in Connection with Access Devices; Possession, Receipt, and Transportation of Contraband Cigarettes.**

*A true bill.*                                    5/6/08
                                                  _____
                                                  *Foreman*

*Filed in open court this* 6th *day, of* May A.D. 2008.

_____
                                            *Clerk*

*Bail, $*

AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__WESTERN__   District of   __KENTUCKY AT LOUISVILLE__

UNITED STATES OF AMERICA

V.

KIMBERLY F. COX

WARRANT FOR ARREST

Case:   3:08CR-46-2-S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Kimberly F. Cox, 6227 S. Langley Ave., Chicago, IL 60637__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment   ☐ Information   ☐ Complaint   Order of court   Violation   x Probation Violation Petition

charging him or her   (brief description of offense)

alleged violation(s) of supervised release

in violation of _____ United States Code, Section(s) _____

__Dave Whalin__
Name of Issuing Officer

__WMcClure__
Signature of Issuing Officer

__U.S. Magistrate Judge__
Title of Issuing Officer

__7/18/08 Louisville, KY__
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |