# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 578 | **DATE** | 7/21/2008 |
| **CASE TITLE** | USA vs. Kimberly Cox | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 7/21/08. Defendant informed of her rights. The Court appoints Ralph Meczyk as counsel for the defendant for removal proceedings only. Defendant waives her right to an identity hearing. Detention hearing held. Government's oral motion for detention is granted for the reasons stated in open court. Defendant ordered removed in custody of the U.S. Marshal to the Western District of Kentucky, Louisville forthwith for further proceedings.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | rbf |
|---|---|---|