

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
**CLERK**

August 8, 2008

OFFICE OF THE CLERK
(312) 435-5698

Mr. Jeffrey A. Apperson
Clerk
United States District Court
106 Gene Snyder United States Courthouse
601 West Broadway
Louisville, KY 40202-2227



FILED
Jeffrey A. Apperson, Clerk
AUG 1 1 2008
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**Re: U.S. -vs- Kimberly Cox**
**Case: 08 cr 578**

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing, as well as, any paper or sealed documents after 1/18/05 are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

| _X_ Docket Sheet | _X_ Affidavit in Removal |
|---|---|
| ____ Order setting conditions of release | ____ Appearance Bond |
| ____ Financial Affidavit | _X_ Order Transferring Case |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: /s/ Yvette Pearson
Deputy Clerk

FILED
AUG 1 8 2008  NR
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Enclosures

New Case No. 3:08 CR-46-S    Date 8-11-08

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, KY 40202-2249

OFFICIAL BUSINESS

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

RECEIVED
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT